## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

CHESLEY WOODARD,

       Plaintiff,                No. 05-73541

-vs-                              Hon. LAWRENCE P. ZATKOFF

GENERAL MOTORS CORPORATION

       Defendant.
_____/

### ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On October 10, 2006, Defendant filed its Motion for Summary Judgment. Plaintiff failed to file a timely response to this motion and, as a result, the Court Ordered Plaintiff to Show Cause as to why Defendant's Motion for Summary Judgment should not be granted. The Court's Order to Show Cause issued on November 13, 2006, and Plaintiff's response was due on December 20, 2006. Plaintiff has not responded. Therefore,

IT IS ORDERED that Defendant's Motion for Summary Judgment is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's complaint is HEREBY DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                         S/Lawrence P. Zatkoff
                                         LAWRENCE P. ZATKOFF
                                         UNITED STATES DISTRICT JUDGE

Dated: January 3, 2007

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on January 3, 2007.

                                                S/Marie E. Verlinde
                                                Case Manager
                                                (810) 984-3290