**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CHESLEY WOODARD,

        Plaintiff,                    NO. 05-73541

-vs-                                  HON. LAWRENCE P. ZATKOFF

GENERAL MOTORS CORPORATION

        Defendant.
_____/

## **JUDGMENT**

      IT IS ORDERED AND ADJUDGED that pursuant to this Court's Opinion and Order dated January 3, 2007, this cause of action is DISMISSED.

      Dated at Port Huron, Michigan this 3rd day of January, 2007.

                                              DAVID J. WEAVER
                                            CLERK OF THE COURT

                        BY:   s/Marie E. Verlinde

APPROVED:

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE